Blank Page